## Commonwealth v. Fortner, Appellant.

Submitted June 9, 1969. *John D. DiGiacomo,* Assistant Public Defender, for appellant; *Nicholas M. Zanakos,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Glover, Appellant.

Submitted June 9, 1969. *Abraham J. Brem Levy,* for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.